## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 163 WAL 2015
                                                :

            Respondent                 :

                                               :   Petition for Allowance of Appeal from
                                               :   the Order of the Superior Court
            v.                     :

                                               :

                                             :

ROBERT D. RANGER,                :

                                             :

            Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.